IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | 1:05-cv-01486-AWI-TAG-HC |
| Petitioner, | |
| vs. | ORDER WITHDRAWING REPORT AND RECOMMENDATION TO DISMISS PETITION FOR FAILURE TO PROSECUTE (Doc. 41) |
| A. K. SCRIBNER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 7, 2006, the Court issued a Report and Recommendation recommending that the instant petition be dismissed because of Petitioner's failure to prosecute his case by paying the required filing fee or else filing a completed application to proceed in forma pauperis. (Doc. 41). Subsequently, on June 12, 2006, Petitioner's counsel paid the $5.00 filing fee. Accordingly, the Court will withdraw the Report and Recommendation dated June 7, 2006. (Doc. 41).

**ORDER**

For the foregoing reasons, the Court hereby ORDERS that the Report and Recommendation dated June 7, 2006 (Doc. 41), is HEREBY WITHDRAWN.

IT IS SO ORDERED.

Dated:  **July 19, 2006**                               /s/ Theresa A. Goldner
**j6eb3d**                                                   UNITED STATES MAGISTRATE JUDGE

1